No. 74–63. MATTHEWS CO. ET AL. v. WILLIAMS. C. A. 8th Cir. Certiorari denied.

No. 74–92. MILES v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 74–150. JOHNSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 74–171. LOUISIANA v. SAWHILL, ADMINISTRATOR, FEDERAL ENERGY OFFICE, ET AL.; and

No. 74–181. CALIFORNIA, BY AND THROUGH THE STATE LANDS COMMISSION v. SAWHILL, ADMINISTRATOR, FEDERAL ENERGY OFFICE, ET AL. Temp. Emerg. Ct. App. Certiorari denied. Reported below: 504 F. 2d 430.

No. 74–172. GROENDYKE TRANSPORT, INC., ET AL. v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 5th Cir. Certiorari denied.

No. 74–174. GOLDMAN ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied.

No. 74–195. SUN SHIPBUILDING & DRY DOCK CO. v. UNITED STATES. Ct. Cl. Certiorari denied.

No. 74–199. BARTON v. MORTON, SECRETARY OF THE INTERIOR. C. A. 9th Cir. Certiorari denied.

No. 74–209. GILA RIVER PIMA-MARICOPA INDIAN COMMUNITY ET AL. v. UNITED STATES. Ct. Cl. Certiorari denied.

No. 74–217. SUTTON, EXECUTOR v. COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied.

No. 74–246. MONARCH INSURANCE COMPANY OF OHIO v. DISTRICT OF COLUMBIA ET AL. C. A. D. C. Cir. Certiorari denied.